UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

          -against-

PATRICK DARGE,

                          Defendant.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

10 Cr. 863 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On September 21, 2021 Defendant Patrick Darge filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 243. The government shall present its position regarding this motion by December 28, 2023, and update the information provided by petitioner to support his motion.

      SO ORDERED.

Dated:     November 28, 2023
               New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

1