UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA, : **ORDER REGULATING**
: **PROCEEDINGS**
:
-against- : 10 Cr. 863 (AKH)
:
:
PATRICK DARGE, :
:
Defendant. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The government's deadline to present its position regarding Defendant Darge's motion for compassionate release, at ECF No. 243, and update the information provided by petitioner to support his motion, is enlarged from December 28, 2023 to January 31, 2024.

      SO ORDERED.

Dated:   January 18, 2024                      /s/ Alvin K. Hellerstein
           New York, New York             ALVIN K. HELLERSTEIN
                                                    United States District Judge