UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,  : **ORDER DENYING REQUEST**
: **FOR RELIEF UNDER 28**
-against-  : **U.S.C. § 1651(a)**
:
PATRICK DARGE,  : 10 Cr. 863 (AKH)
:
Defendant.  :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Defendant Patrick Darge moves to seek relief under the All Writs Act, 28 U.S.C. § 1651(a), which authorizes "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." However, "the All Writs Act does not confer an independent basis of jurisdiction; it merely provides a tool courts need in cases over which jurisdiction is conferred by some other source." *United States v. Tablie*, 166 F.3d 505, 506–07 (2d Cir. 1999). The Act does not provide Courts "an independent source of jurisdiction to equitably undo a valid judgment of conviction." *See id.*

  Defendant, proceeding *pro se*, seeks this relief as a way to rehear my denial of his motion for § 2255 relief. *See* ECF No. 307. I declined to issue a Certificate of Appealability. His recourse is to seek such a Certificate from a Circuit Judge, not by a motion for *coram nobis* under the All Writs Act. *See* 28 U.S.C. § 2253(c)(1); *Krantz v. United States*, 224 F.3d 125, 126 (2d Cir. 2000) ("When a district court issues a final order in a § 2255 proceeding, an appeal may not be taken to [the Second Circuit] unless either the district judge or a judge of [the Second Circuit] issues a certificate of appealability."); *Freeman v. United States*, 258 F. App'x 372, 373 (2d Cir. 2007) ("A district court's final order regarding a § 2255 petition is subject to appellate

1

review by the court of appeals for the circuit in which the proceeding is held, but only if a circuit justice or judge issues a certificate of appealability"); *Moskowitz v. United States*, 64 F. Supp. 3d 574, 577 (S.D.N.Y. 2014) (*quoting United States v. Mandanici*, 205 F.3d 519, 532 (2d Cir. 2000)) ("Unlike *habeas* relief, *coram nobis* relief 'comes after the petitioner has completed [his custodial] sentence and will not be retried'").

Darge's request for relief under the All Writs Act is denied. The Clerk shall terminate ECF No. 341 and provide the Defendant with a copy of this order and ECF No. 307.

SO ORDERED.

Dated: November 3, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge